UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      Plaintiff,                              Criminal No. 25-mj-30487

v.

Jacob Nathaniel LEN,

      Defendant.
_____/

## MOTION AND ORDER TO UNSEAL THE COMPLAINT AND ARREST WARRANT

The United States of America requests the court to unseal the Complaint, Arrest Warrant, and all attendant papers for the following reasons:

1. That the defendant has been arrested on the complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the complaint.

                                                    Respectfully submitted,

                                                    JEROME F. GORGON, JR.
                                                    United States Attorney

                                                    *s/Kathryn E. Boyles*
                                                    Kathryn E. Boyles
                                                    Assistant United States Attorney
                                                    211 W. Fort Street, Suite 2001
                                                    Detroit, MI 48226
                                                    (313) 226-9556

Dated: August 4, 2025                     kathryn.boyles@usdoj.gov

**IT IS SO ORDERED.**

                                              **s/Elizabeth A. Stafford**
                                              Hon. Elizabeth A. Stafford
                                              United States Magistrate Judge

Entered: 8/4/2025