UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                       Criminal No. 25-mj-30487

Jacob Nathaniel LEN,

    Defendant

_____/

## MOTION AND ORDER TO QUASH
## THE ARREST WARRANT

The United States of America requests the court to quash the arrest warrant (ECF No. 2) issued against Defendant, Jacob Nathaniel LEN, for the following reasons:

1. On August 1, 2025, Magistrate Judge David R. Grand signed a sealed complaint and arrest warrant charging Jacob Nathaniel LEN with Assaulting, Resisting or Impeding Certain Officers or Employees, in violation of 18 U.S.C. §§ 111(a)(1), (b). (ECF No. 1-3).

2. On August 4, 2025, the United States moved to unseal the complaint and arrest warrant, which was granted by Magistrate Judge Elizabeth A. Stafford. (ECF No. 4).

3. The same day, Defendant LEN reported to pretrial services for a bond interview and then presented himself to the Magistrate Court, with retained

counsel, for his initial appearance on the complaint. As such, the unsealed arrested warrant was never executed against Defendant LEN.

4. Defendant LEN made his initial appearance before Magistrate Judge Elizabeth A. Stafford and was released on an unsecured bond with conditions. (*see* Minute Entry entered 08.04.2025).

5. At the request of the United States Marshals Service, the United States now respectfully requests that the unexecuted arrest warrant be canceled or quashed, as the United States no longer requires that Defendant be arrested for his initial appearance in federal court.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/Kathryn E. Boyles*
Kathryn E. Boyles
Special Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9556
Kathryn.boyles@usdoj.gov

Dated: August 5, 2025

**IT IS SO ORDERED.**

s/Elizabeth A. Stafford
Elizabeth A. Stafford
United States Magistrate Judge

Entered:  August 11, 2025